# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00136 |
| | ) | Judge Trauger |
| JARAY CHRISTMON | ) | |
| | ) | |

## ORDER SETTING JURY TRIAL

This case is set for jury trial on **Tuesday, December 6, 2022 at 9:00 a.m.** in Courtroom 6C, United States Courthouse, 719 Church Street, Nashville, Tennessee. As soon as it appears that the case will be tried, the parties shall notify Judge Trauger's courtroom deputy of the anticipated number of trial days that will be necessary.

Pretrial motions shall be filed within 28 days of arraignment, with responses due 14 days after the filing of the motion. Expert witness disclosures shall be made 30 days before trial.

Any plea agreement shall be consummated by noon on the Tuesday before the trial, and the Courtroom Deputy notified thereof. Any proposed plea agreement shall be submitted to the court by two (2) business days before the scheduled change of plea hearing.

**In advance of any plea hearing, the United States Attorney shall submit to chambers a document that lists the elements of each offense to which the defendant is pleading guilty and the statutory penalty for each charge against the defendant, including period of incarceration, fine, and period of supervised release applicable.**

1

If the case is to be tried, the parties shall file the following by the close of business on the Tuesday before the trial:

1. an agreed set of jury instructions;

2. alternative versions of jury instructions on which there is not an agreement, with citations to supporting authorities;

3. an agreed verdict form or alternative versions; and

Motions in limine shall be filed fourteen (14) days before the trial, and responses to motions in limine shall be filed by seven (7) days before trial.

**Parties shall email in MS Word format, all proposed instructions and verdict forms that are filed to debby_sawyer@tnmd.uscourts.gov and to katheryn_beasley@tnmd.uscourts.gov.**

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge