UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                Criminal Case No. 3:22-cr-00136

JARAY CHRISTMON

*11410790*

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. JARAY CHRISTMON, OCA Number 367248, is, in due form and process of law, confined in the custody of the Davidson County Sheriff's Department confined at 200 James Robertson Parkway, Nashville, Tennessee.

2. Said individual is needed for an Initial Appearance, Arraignment, and related proceedings pursuant to an Indictment in Case Number 3:22-cr-00136. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED:     June 8, 2022

                                             *s/Brooke C. Farzad*
                                             BROOKE C. FARZAD
                                             Special Asst. United States Attorney
                                             Petitioner

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:     United States Marshal, Middle District of Tennessee
         Davidson County Sheriff's Department, 200 James Robertson Parkway, Nashville, Tennessee

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought JARAY CHRISTMON, OCA Number 367248, who is, in due form and process of law, confined in the custody of the Davidson County Sheriff's Department confined at 200 James Robertson Parkway, Nashville, Tennessee, and shall be transferred to the custody of the United States Marshal to attend proceedings in this matter; and shall be retained in federal custody pending resolution of this matter.

WITNESS, the Jeffery S. Frensley, United States Magistrate Court Judge for the Middle District of Tennessee.

DATED: 6.8.22

**MARSHALS RETURN**
I HEREBY CERTIFY THIS ORDER WAS EXECUTED ON 9/28/2022 AS DIRECTED BY THE INSTRUCTIONS CONTAINED HEREIN.
U.S. MARSHAL
*Katrina Burch, Inv. Analyst*

UNITED STATES DISTRICT COURT

By: *s/Jeffery S. Frensley*
Jeffery S. Frensley
U.S. Magistrate Judge

Case 3:22-cr-00136    Document 13    Filed 06/08/22    Page 1 of 1 PageID #: 19

Case 3:22-cr-00136    Document 13    Filed 10/03/22    Page 1 of 1 PageID #: 110